James A. Michel
State Bar No. 184730
2912 Diamond St. #373
San Francisco CA 94131
415/ 239-4949
(Fax 239-0156)
attyjmichel@gmail.com

Attorney for Plaintiff
ROBERT KRANZ

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| ROBERT KRANZ, an individual, | Case No. 3:16-cv-00879-MEJ |
| Plaintiff, | |
| v. | STIPULATION AND ORDER OF DISMISSAL |
| NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4, a Delaware Statutory Trust, PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation; and TRANSWORLD SYSTEMS, INC., a California corporation and DOES 1 through 10, inclusive, | |
| Defendants. | |
| _____/ | |

Plaintiff ROBERT KRANZ, by and through his attorney, James A. Michel, and Defendants, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4, and TRANSWORLD SYSTEMS, INC. by and through their counsel, Damian P. Richard, Sessions Fishman Nathan & Israel LLP, and PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, by and through its counsel, Jeffrey W. Speights, Patenaude & Felix, APC, hereby stipulate to the following:

1. The dispute between the parties has been settled; therefore, the parties request that the claims by Plaintiff against all Defendants in the above-entitled case be hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

2. Each party shall bear its own costs and attorney fees.

Signatures follow:

DATED: June 21, 2016                   _____/s/ Damian P. Richard____
                                       DAMIAN P. RICHARD
                                       Sessions Fishman Nathan & Israel LLP
                                       Attorneys for Defendants
                                       NCSLT 2007-4 and
                                       TRANSWORLD SYSTEMS, INC.

DATED: June 21, 2016                   ___/s/ Jeffrey W. Speights____
                                       JEFFREY W. SPEIGHTS
                                       Patenaude & Felix, APC
                                       Attorneys for Defendant
                                       PATENAUDE & FELIX, APC

Attestation pursuant to L.R. 5-1(i)(3)

The undersigned attests that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

DATED: June 21, 2016                   ____/s/ James A. Michel_____
                                       JAMES A. MICHEL
                                       Attorney for Plaintiff
                                       ROBERT KRANZ

STIPULATION AND ORDER OF DISMISSAL

**[PROPOSED] ORDER**

☒   The parties' stipulation is adopted and IT IS SO ORDERED.

☐   The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: June 21, 2016    _____
HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER OF DISMISSAL